**TRANSCRIPT ORDER FORM (DKT 13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court <u>Southern District of Texas</u>          District Court Docket No. <u>3:22-CV-184</u>

Short Case Title <u>Apter v. Dept of Health & Human Svc</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>Laura Wells</u>

Date Notice of Appeal Filed in the District Court <u>Dec. 9, 2022</u>          Court of Appeals No. <u>22-40802</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ■Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____    ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____    ☐Closing Argument of Defendant:_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for **DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

■Private Funds;   ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;   ☐Advance Payment Waived by Reporter;   ☐U.S. Government Funds

☐Other_____

Signature <u>/s/ R. Trent McCotter</u>          Date Transcript Ordered <u>Nov. 2, 2022</u>

Print Name <u>R. Trent McCotter</u>          Phone <u>202-706-5488</u>

Counsel for <u>Appellants (Robert L. Apter, Mary Talley Bowden, Paul E. Marik)</u>

Address <u>801 17th St NW, Suite 350, Washington, DC 20006</u>

Email of Attorney: <u>mccotter@boydengrayassociates.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| On file |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages ___On File___          Actual Number of Volumes_____

Date _____ Signature of Reporter *Laura Wells*