# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).**

**Fifth Cir. Case NO.** 22-40802

Apter                                                    vs. Dept of Health & Human Svc

(Short Title)

The Clerk will enter my appearance as Counsel for Robert L. Apter, Mary Talley Bowden, Paul E. Marik

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae

☑ Appellant(s)   ☐ Appellee(s)            ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Jared M. Kelson                                     kelson@boydengrayassociates.com

(Signature)                                              (e-mail address)

Jared M. Kelson                                          DC/241393

(Type or print name)                                     (State/Bar No.)

(Title, if any)

Boyden Gray & Associates PLLC

(Firm or Organization)

Address 801 17th St NW, Suite 350

City & State Washington, DC                                          Zip 20006

Primary Tel. 202-955-0624        Cell Phone: 360-704-0928

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Jared M. Kelson

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

N/A

B. Inquiry of Counsel. To your knowledge:

    (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?

      ☐ Yes   ☑ No

    (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

      ☐ Yes   ☑ No

    (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

      ☐ Yes   ☑ No

    (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case No

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Name of Court or Agency

Status of Appeal (if any)

Other Status (if not appealed)

**NOTE: Attach sheet to give further details.**                          DKT-5A REVISED January 2022