**No. 22-40802**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

Robert L. Apter, Medical Doctor, FACEP; Mary Talley Bowden, Medical Doctor; Paul E. Marik, MBBCh, M.MED, FCCM, FCCP,

Plaintiffs-Appellants,

v.

Department of Health & Human Services; Xavier Becerra, in his official capacity as Secretary of Health and Human Services; Food & Drug Administration; Robert M. Califf, in his official capacity as Commissioner of Food and Drugs,
Defendants-Appellees.

_____

On Appeal from the U.S. District Court
for the Southern District of Texas

_____

**EXHIBITS ACCOMPANYING BRIEF OF *AMICUS CURIAE* FRONT LINE
COVID-19 CRITICAL CARE ALLIANCE**

_____

Alan Dumoff, JD, MSW
Law Office of Alan Dumoff
30 Windbrooke Cir
Gaithersburg, MD 20879
301-987-0970 (no texts)
(f) 301-987-0971
alandlmc@aol.com
*Counsel for Amicus*

**EXHIBITS**

1) New York Attorney General Letitia James Correspondence dated November 23, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2) Washington Medical Commission Correspondence dated February 23, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

3) Utah Pharmacy Association Press Release November 4, 2021 . . . . . . . . . . 6

4) Maine Department of Professional & Financial Regulation Statement dated September 28, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

5) Independence Blue Cross of Pennsylvania Do Not Prescribe Notice dated November 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

6) Independence Blue Cross of Pennsylvania Correspondence dated January 24, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

7) Mississippi State Department of Health Alert dated August 20, 2021 . . . . 12

8) AdventHealth Notice dated September 13, 2021 . . . . . . . . . . . . . . . . . . . 14

9) The American Medical Association (AMA), American Pharmacists Association (APhA), and American Society of Health-System Pharmacists (ASHP) Statement dated September 1, 2021 . . . . . . . . . . . . . . . . . . . . . . 15

10) FDA Correspondence with the Federation of State Medical Boards dated December 13, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

11) Internet Archive/Wayback Machine screenshot of upper portion of FDA Campaign website taken March 5, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . 18

12) Internet Archive/Wayback Machine screenshot of middle portion of FDA Campaign website taken March 5, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . 19

13) Internet Archive/Wayback Machine screenshot of middle portion of FDA Campaign website taken October 1, 2021 . . . . . . . . . . . . . . . . . . . . . . . . 20



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
HEALTH CARE BUREAU

November 23, 2021

**VIA U.S. MAIL AND**
**ELECTRONIC MAIL**

████████████████████████

Huntington, NY, 11743

████████████, MD -
████████████

    The New York State Office of the Attorney General ("OAG") is extremely concerned that you are advertised as a doctor who is willing to prescribe the drug ivermectin to New York State residents in order to prevent and treat COVID-19. This advertisement can be found on the Front Line COVID-19 Critical Care Alliance ("FLCCC") website.[1]

    Ivermectin is not currently authorized or approved by the Food and Drug Administration ("FDA") for prevention or treatment of COVID-19 in humans or animals. Ivermectin is only approved for limited human use to treat infections caused by some parasitic worms and head lice and skin conditions like rosacea.[2]

    COVID-19 poses serious consequences to public health, and consumers are concerned as to how they can best protect themselves and their families. Your inclusion on the FLCCC website as a provider of ivermectin may mislead consumers as to the effectiveness of ivermectin in preventing and treating COVID-19, as well as provide physician endorsement and/or approval.

    Adverse effects associated with ivermectin misuse are already increasing, as shown by a rise in calls to poison control centers reporting overdoses and adverse effects.[3] Ivermectin, even at doses

---

[1] Front Line COVID-19 Critical Care, "How to Get Ivermectin," https://covid19criticalcare.com/ivermectin-in-covid-19/how-to-get-ivermectin/

[2] *See* Food and Drug Administration, *Why You Should Not Use Ivermectin to Treat or Prevent COVID-19* (September 3, 2021) https://www.fda.gov/consumers/consumer-updates/why-you-should-not-use-ivermectin-treat-or-prevent-covid-19.

[3] *See* Centers for Disease Control and Prevention, *Rapid Increase in Ivermectin Prescriptions and Reports of Severe*

approved for human use, can interact with other medications like blood-thinners, or cause overdoses that result in death.[4] The National Institutes of Health ("NIH") has determined that there is insufficient data to recommend ivermectin for treatment of COVID-19.[5] Currently, the most effective way to prevent COVID-19 is by getting a COVID-19 vaccine and following Centers for Disease Control and Prevention ("CDC") guidance for treatment, which does not endorse the use of ivermectin. Therefore, any misrepresentation that ivermectin is effective at combatting and/or treating COVID-19 violates New York law.

You are hereby advised to immediately cease and desist from 1) prescribing ivermectin to residents of New York State and 2) advertising on FLCCC as a provider who will prescribe ivermectin. These misleading claims about ivermectin violate New York's consumer protection statutes, Executive Law § 63(12) and General Business Law Article 22-A §§ 349 and 350, which prohibit fraudulent and deceptive business practices and false advertising.

Within the next **ten (10) business days**, please contact the undersigned to confirm that you have so complied. Your failure to comply with this directive may result in further action by this office. Please be advised that the Office of the Attorney General is authorized pursuant to Executive Law § 63(12) and General Business Law Article 22-A to bring suit to enjoin any deceptive acts and practices, and to seek restitution, damages, and penalties of up to $5,000 per violation (§ 350-d).

Yours truly,

/s/ Darsana Srinivasan

Darsana Srinivasan

Bureau Chief, Health Care Bureau

sudarsana.srinivasan@ag.ny.gov

---

*Illness Associated with Use of Products Containing Ivermectin to Prevent or Treat COVID-19* (August 26, 2021) https://emergency.cdc.gov/han/2021/han00449.asp.

[4] *See* Food and Drug Administration, *Why You Should Not Use Ivermectin to Treat or Prevent COVID-19* (September 3, 2021) https://www.fda.gov/consumers/consumer-updates/why-you-should-not-use-ivermectin-treat-or-prevent-covid-19.
[5] *See* Centers for Disease Control and Prevention, *Rapid Increase in Ivermectin Prescriptions and Reports of Severe Illness Associated with Use of Products Containing Ivermectin to Prevent or Treat COVID-19* (August 26, 2021) https://emergency.cdc.gov/han/2021/han00449.asp.



February 23, 2022

 MD

IL 60526-5669

Re File #: 2021██████

Dear Dr. ████████,

The Washington Medical Commission has received a complaint concerning an allegation of unprofessional conduct. The complaint has previously been provided to you. This is a request for additional information.

The Washington Medical Commission is the entity within State government with legislated authority and responsibility to assure the delivery of safe health care. Under the provisions of RCW 18.130.050, the Washington Medical Commission is empowered to investigate all allegations and complaints to determine whether such allegations are substantiated and to take disciplinary or corrective action, if warranted.

Please be advised this is a preliminary investigation only and no charges have been issued in connection with this investigation.

Under provisions of RCW 18.130.180(8) and WAC 246-919-620 a licensee shall cooperate by providing a full and complete explanation covering the matter under investigation.

The Health Care Information Act, RCW 70.02.050 (2)(a), requires that a health care provider disclose health care information about a patient without patient authorization when the information is needed to determine compliance with state licensure rules or laws.

Under the terms of the laws mentioned, you are asked to provide a *detailed response* to the following questions. If you reference another party in your response, please identify that person and provide contact information if possible.

1. Please address the allegations in the complaint.
2. Identify all telehealth companies you are associated with?
   a. Provide copies of all signed agreements and contracts with these companies.
3. A complete copy of **XXXXXXX** medical records dating back to March 2020, wherein you prescribed Ivermectin. Please provide the entire file including, but not limited to; patient contact information, charts, office visit notes, progress reports, summaries,

Exh. # 003



aftercare  and/or discharge plans, laboratory results, prescription history, copies of Ivermectin prescriptions  and any other ancillary documentation.
   a. Discuss this patient's chief complaint and how they presented.
   b. A written overview of your care, including treatment rationale and diagnoses, for this patient.

4. A complete copy of **XXXXXXXX)** medical records dating back to March 2020, wherein you prescribed Ivermectin.  Please provide the entire file including, but not limited to; patient contact information, charts, office visit notes, progress reports, summaries, aftercare  and/or discharge plans, laboratory results, prescription history, copies of Ivermectin prescriptions  and any other ancillary documentation.
   a. Discuss this patient's chief complaint and how they presented.
   b. A written overview of your care, including treatment rationale and diagnoses, for this patient.

5. A complete copy of **XXXXXXXX** medical records dating back to March 2020, wherein you prescribed Ivermectin.  Please provide the entire file including, but not limited to; patient contact information, charts, office visit notes, progress reports, summaries, aftercare  and/or discharge plans, laboratory results, prescription history, copies of Ivermectin prescriptions  and any other ancillary documentation.
   a. Discuss this patient's chief complaint and how they presented.
   b. A written overview of your care, including treatment rationale and diagnoses, for this patient.

6. A complete copy of **XXXXXXX)** medical records dating back to March 2020, wherein you prescribed Ivermectin.  Please provide the entire file including, but not limited to; patient contact information, charts, office visit notes, progress reports, summaries, aftercare and/or discharge plans, laboratory results, prescription history, copies of Ivermectin prescriptions  and any other ancillary documentation.
   a. Discuss this patient's chief complaint and how they presented.
   b. A written overview of your care, including treatment rationale and diagnoses, for this patient.

7. A complete copy of **XXXXXXX)** medical records dating back to March 2020, wherein you prescribed Ivermectin.  Please provide the entire file including, but not limited to; patient contact information, charts, office visit notes, progress reports, summaries, aftercare and/or discharge plans, laboratory results, prescription history, copies of Ivermectin prescriptions  and any other ancillary documentation.
   a. Discuss this patient's chief complaint and how they presented.
   b. A written overview of your care, including treatment rationale and diagnoses, for this patient.

8. Please explain your rationale for prescribing Ivermectin, to include:
   a. The data you rely upon when determining if Ivermectin is appropriate.
   b. How you determined the dosage to prescribe to the patient(s).
   c. Your assessment of the patient(s) contraindications to Ivermectin.

9. What are the potential side effects of Ivermectin? Did you discuss these with the patient(s)?



10. Have you advised patients that Ivermectin cures or prevents COVID-19?
11. Did you establish a patient – provider relationship with each patient prior to prescribing Ivermectin?
12. Are you currently practicing in Washington State, or do you plan to in the future?
13. Where are you currently practicing and/or what are your practice plans?
14. Describe your current practice, to include its address.
15. Are you being investigated by any other local/state/federal government agency?
16. Are you being investigated by any other licensing board or privileging body?
17. Has any other licensing board or privileging body acted against your license? If so, please discuss.
18. Anything else that you would like to add to address this complaint.

You may consult with and engage an attorney at your expense to represent you in this matter before making your response.  Your response may be used if disciplinary action is deemed necessary.  If you wish to have an attorney represent you, please have the attorney file a Notice of Appearance at the address below.

Please submit your response no later than March 16, 2022.  Forward your response to:

> G. Michael Piechota, Healthcare Investigator
> Washington Medical Commission
> P.O. Box 47866
> Olympia, Washington  98504-7866
> 360-236-2744 Fax
> Mike.piechota@wmc.wa.gov (preferred, if possible)

Thank you for your cooperation.

Respectfully,

G. Michael Piechota, Healthcare Investigator
Washington Medical Commission
(360) 236-2749 phone
(360) 236-2744 fax
Mike.piechota@wmc.wa.gov

 

**PRESS RELEASE**

FOR IMMEDIATE RELEASE
November 4, 2021

MIDVALE, UT – The Utah Pharmacy Association (UPhA) and the Utah Society of Health-System Pharmacists at present, agree with the following national organizations, the American Medical Association (AMA), American Pharmacists Association (APhA), and American Society of Health-System Pharmacists (ASHP) opposing the ordering, prescribing, or dispensing of ivermectin to prevent or treat COVID-19 outside of a clinical trial. We also understand that there is a current pandemic related to COVID-19 and that the related pandemic may be causing shortages of drugs including Ivermectin in the United States.

Ivermectin is a U.S. Food and Drug Administration (FDA) approved prescription medication use to treat infections caused by internal and external parasites and is not approved to prevent or treat COVID-19. Ivermectin is also available to treat certain veterinary conditions through medications formulated or intended for use in animals and should not be used by humans. The U.S. Centers for Disease Control and Prevention (CDC) and the FDA have issued advisories indicating that ivermectin is not authorized or approved for the prevention or treatment of COVID-19. The National Institutes of Health, World Health Organization, and Merck (the manufacturer of the drug) all state there is insufficient evidence to support the use of ivermectin to treat COVID-19. The Infectious Diseases Society of America Guidelines on the Treatment and Management of Patients with COVID-19 also recommend against the use of ivermectin outside of a clinical trial.

Until the results of clinical trials show efficacy, and this use is endorsed by the FDA, we are urging health care professionals in their communities to educate and caution patients against the use of ivermectin, whether intended for human or animals, outside of FDA-approved indications or clinical study.
We acknowledge there is a place for "off-label" prescribing and use, when evidence demonstrates efficacy and the benefits outweigh the risks. To date, there is no clear benefit to using ivermectin for prevention or treatment of COVID-19, and the documented harms are concerning. A recent CDC Health Advisory noted effects including "nausea, vomiting, and diarrhea". In addition, "Overdoses are associated with hypotension and neurologic effects such as decreased consciousness, confusion, hallucinations, seizures, coma, and death.

For more information, we encourage health care providers and patients to consult the FDA's Consumer Update, Why You Should Not Use Ivermectin to Treat or Prevent COVID-19 and the CDC Health Alert Network Advisory on the Rapid Increase in Ivermectin Prescriptions and Reports of Severe Illness Associated with Products Containing Ivermectin to Prevent or Treat COVID-19.

We encourage patients to talk to their physicians, and pharmacists, about currently available therapies authorized or approved for the treatment or prevention of COVID-19. The most effective ways to limit the spread of COVID-19 are to get vaccinated, wear a face mask, stay at least six feet from others in public places, wash hands frequently, and avoid large crowds of people.  Our organizations also strongly urge eligible unvaccinated individuals to get vaccinated.

Contact: Adam Jones                                              Contact:Brian Bothwell
Executive Director, UPhA                                              President, USHP
801-438-2524                                                          ushp@ushp.org
AdamJones@UPhA.com

Exh. # 006



**MAINE DEPARTMENT OF PROFESSIONAL & FINANCIAL REGULATION**
**Office of Professional and Occupational Regulation**
**BOARD OF PHARMACY**
35 State House Station, Augusta, ME 04333
Location: Gardiner Annex, 76 Northern Avenue, Gardiner, ME 04345
Web Address:  www.maine.gov/professionallicensing

Janet T. Mills
Governor

# BOARD STATEMENT  #01-2021
## MAINE BOARD OF PHARMACY
### (9/28/2021)

## STATEMENT OF THE MAINE BOARD OF PHARMACY
## ON DISPENSING IVERMECTIN

There have been reports nationally, as well as in Maine, of an increase in the number of ivermectin prescriptions issued by health care practitioners to prevent or treat COVID-19.

IN ORDER TO PROTECT THE PUBLIC HEALTH AND WELFARE, THE BOARD REMINDS MAINE PHARMACISTS THAT:

The United States Food and Drug Administration (U.S. FDA) states that ivermectin is not authorized or approved for use in prevention or treatment of COVID-19. According to U.S. FDA, ivermectin is approved for human use to treat infections caused by some parasitic worms, head lice and skin conditions like rosacea. More information from U.S. FDA is found here: U.S. FDA Consumer Update on Ivermectin for Human Use.

The United States Centers for Disease Control and Prevention (U.S. CDC) issued a Health Alert on August 26, 2021, concerning the increased dispensing of ivermectin by retail pharmacies. The Health Alert states that adverse effects associated with ivermectin misuse and overdoses are increasing, as shown by a rise in calls to poison control centers reporting overdoses and more people experiencing adverse effects. More information from U.S. CDC is found here: U.S. CDC Health Advisory, August 26, 2021.

Pharmacists should use their professional and clinical judgment and take appropriate steps to verify with the applicable prescriber that newly issued prescriptions for ivermectin are issued for legitimate medical purposes.

Issued: September 28, 2021

**-   End   -**

1901 Market Street
Philadelphia, PA 19103 1480



November 2021



PHILADELPHIA, PA 19119-1712

## Do not prescribe ivermectin for COVID-19

Dear Doctor and/or other Health Care Provider:

**Ivermectin should not be prescribed for COVID-19, and any use for this indication should immediately cease for our members.**

Ivermectin is **not** authorized or approved by the U.S. Food and Drug Administration (FDA) for treatment or prevention of COVID 19 and has not been shown to be safe or effective for these indications. [i]

In 2021, you prescribed ivermectin without evidence of a corresponding approved indication. Our findings are based on Independence Blue Cross (Independence) claims data.*

*We acknowledge that claims data can be limited. This could occur from a delayed medical visit claim that includes an approved indication, a claim that is missing the ICD-10 code for an approved indication, or an off-label use.*

### Concerns about ivermectin

- The Centers for Disease Control and Prevention (CDC), FDA, the American Medical Association (AMA), and the American Pharmacists Association have strongly warned against prescribing ivermectin for the prevention or treatment of COVID 19 infection. [ii]

- The manufacturer of ivermectin. Merck. has stated: "We do not believe that the data available support the safety and efficacy of ivermectin beyond the doses and populations indicated in the regulatory agency approved prescribing information." [iii] The National Institutes of Health's COVID 19 Treatment Guidelines Panel has also determined that currently there are insufficient data to recommend ivermectin for COVID 19 treatment.

- Non indicated ivermectin use for the prevention or treatment of COVID 19 gives individuals a false sense of protection. It undermines trust in approved and appropriate COVID 19 prevention and treatment drugs and practices.

- Taking large doses of ivermectin is dangerous. Recently, there have been increased reports to poison control and emergency departments of overdose on ivermectin.

- Clinical effects of ivermectin overdose include gastrointestinal symptoms such as nausea, vomiting, and diarrhea. Overdoses are associated with hypotension and

Page 1 of 2

Independence Blue Cross offers products through its subsidiaries Independence Hospital Indemnity Plan, Keystone Health Plan East, and QCC Insurance Company, and with Highmark Blue Shield – independent licensees of the Blue Cross and Blue Shield Association.

16888

Exh. # 008

neurologic effects such as decreased consciousness, confusion, hallucinations, seizures, coma, and death. Ivermectin may potentiate the effects of other drugs that cause central nervous system depression such as benzodiazepines and barbiturates.[iv] Ivermectin can also interact with anticoagulants.[v]

## Additional recommendations

Educate patients about the risks of using ivermectin without a prescription and ingesting ivermectin formulations that are meant for external use, or ivermectin-containing products formulated for veterinary use.

Patients should immediately seek medical treatment if they have taken any ivermectin or ivermectin-containing products and are experiencing symptoms.

Encourage patients to get vaccinated against COVID-19 and encourage appropriate masking and respiratory hygiene precautions. COVID-19 vaccination is safe and effective at preventing infection and protecting against severe disease and death from SARS-CoV-2, the virus that causes COVID-19, including the Delta variant.

## Next steps

We will continue to monitor your prescribing behavior and may request to review patient charts.

A determination that you have inappropriately prescribed ivermectin could result in several consequences, including referral to our Fraud and Abuse department, and/or termination of your participation in our network, an action that would be reportable to the National Practitioner Data Bank.

If you have questions or require further information, please email us at QualityManagement@ibx.com.

Thank you for the care and service you provide to our members.

Sincerely,

Victor Caraballo, M.D.
Vice President, Quality Management

21-3089H

[i] American Medical Association. "AMA, APhA, ASHP statement on ending use of ivermectin to treat COVID-19." September 1, 2021. Accessed at https://www.ama-assn.org/press-center/press-releases/ama-apha-ashp-statement-ending-use-ivermectin-treat-covid-19
[ii] ibid
[iii] Merck. "Merck Statement on Ivermectin use During the COVID-19 Pandemic." February 4, 2021. Accessed at https://www.merck.com/news/merck-statement-on-ivermectin-use-during-the-covid-19-pandemic/
[iv] Centers for Disease Control. "Rapid Increase in Ivermectin Prescriptions and Reports of Severe Illness Associated with Use of Products Containing Ivermectin to Prevent or Treat COVID-19." August 26, 2021. Accessed at https://emergency.cdc.gov/han/2021/han00449.asp
[v] US Food and Drug Administration, "Why You Should Not Use Ivermectin to Treat or Prevent COVID-19." September 3, 2021. Accessed at https://www.fda.gov/consumers/consumer-updates/why-you-should-not-use-ivermectin-treat-or-prevent-covid-19

Exh. # 009

1901 Market Street
Philadelphia, PA 19103-1480

**Independence** ✚

January 24, 2022

**Sent via Certified Mail/Return Receipt**

████████████████

Philadelphia, Pennsylvania 19102

RE:     **Prescribing Ivermectin for COVID-19**

Dear Mr. ████████ :

Independence Blue Cross ("Independence") is in receipt of your letter dated January 17, 2022, regarding your client's disagreement with Independence's communication warning participating providers against the use of Ivermectin for COVID-19 treatment.

As a participating provider with Independence's managed care network, Dr. ████████ is required to adhere to the quality assurance program of Independence. *See, e.g.,* 28 Pa. Code 9.722(e)(3).  Section 2.3(a) of your Provider Participation Agreement ("Agreement") states:

> Professional Provider agrees to render Covered Services to Members in accordance with: (i) the terms and conditions of this Agreement; (ii) all laws, rules and regulations applicable to Professional Provider regarding the provision of healthcare services to Members; (iii) the Benefit Program Requirements, the Utilization Management Program, Quality Management Program, and other policies and procedures of the particular Benefit Program(s) under which the Covered Services are rendered, as may be detailed in the Provider Manual; (iv) all medical and claim payment policies; (v) the same manner, and with the same availability, as services are rendered to other patients without regard to reimbursement; and (v) the clinical quality of care and performance standards that are professionally recognized and/or adopted, accepted or established by Independence.

Independence's Quality Management Program adheres to the regulations and guidance set forth by regulating entities, such as the Centers for Disease Control and Prevention,

Independence Blue Cross offers products through its subsidiaries Independence Hospital Indemnity Plan, Keystone Health Plan East, and QCC Insurance Company, and with Highmark Blue Shield — independent licensees of the Blue Cross and Blue Shield Association.
16888

Exh. # 010

**Independence** ✚

and the U.S. Food and Drug Administration, and leading industry groups like the American Medical Association and American Pharmacists Association. As set forth in Independence's letter dated November 2021, these entities have unequivocally stated that Ivermectin should not be prescribed for the prevention or treatment of COVID-19.

If, as your letter seems to imply, Dr. ▮▮▮▮ intends to continue to prescribe Ivermectin to Independence members as treatment for COVID-19, this practice will be in violation of Independence's Quality Management Program and, in turn, a violation of the terms of Dr. ▮▮▮▮s Agreement. Accordingly, Dr. ▮▮▮▮ must immediately cease and desist in order for Dr. ▮▮▮▮ to remain an Independence participating provider. Please send written confirmation within the next five (5) business days verifying that Dr. ▮▮▮▮ has ceased the above practice.

Your confirmation should be sent to:

Kathy Donohue, RN, BSN, CHCQM
Director Quality at Independence
Kathleen.Donohue@ibx.com

If Dr. ▮▮▮▮ does not intend to cease and desist, or if Independence does not receive written confirmation within the timeframe allotted above, Independence may pursue termination of Dr. ▮▮▮▮ from the Independence network, which is an action that is reportable to the National Practitioner Data Bank.

Sincerely,

*Megan Krebs*

Counsel
Independence Blue Cross

CC:    Victor Caraballo, MD, Vice President, Quality Management
       Kathleen Donohue, BSN, Director, Quality Management

16888

Exh. # 011

**MISSISSIPPI STATE DEPARTMENT OF HEALTH**

**This is an official
MS Health Alert Network (HAN) Alert**

*This Alert has been revised to add a clarification concerning ivermectin calls.*

| | |
|---|---|
| **MESSAGE ID:** | **MSHAN-20210820-00532-ALT (Health Alert)** |
| **RECIPIENTS:** | **All Physicians, Hospitals, ERs, ICPs, NPs, and Healthcare Providers – Statewide** |
| | **Friday, August 20, 2021** |
| **SUBJECT:** | **Increased Poison Control Calls due to Ivermectin Ingestion and Potential Toxicity** |

Dear Colleagues,

- The Mississippi Poison Control Center has received an increasing number of calls from individuals with potential ivermectin exposure taken to treat or prevent COVID-19 infection.
- At least 70% of the recent calls have been related to ingestion of livestock or animal formulations of ivermectin purchased at livestock supply centers.
- **CLARIFICATION:** Of the 14 recent ivermectin-related calls received by the Mississippi Poison Control Center, at least 70% were related to the ingestion of livestock or animal formulations of ivermectin purchased at livestock supply centers.
- 85% of the callers had mild symptoms, but one individual was instructed to seek further evaluation due to the amount of ivermectin reportedly ingested.
- No hospitalizations due to ivermectin toxicity have been directly reported to the Mississippi Poison Control Center or the Mississippi State Department of Health.
- There are approved uses for ivermectin in both people and animals. Patients should be advised to not take any medications intended to treat animals and should be instructed to only take ivermectin as prescribed by their physician.
- Animal drugs are highly concentrated for large animals and can be highly toxic in humans. Some of the symptoms associated with ivermectin toxicity include rash, nausea, vomiting, abdominal pain, neurologic disorders, and potentially severe hepatitis requiring hospitalization.
- **Mississippi physicians, providers and hospitals that identify patients with illness related to the ingestion of ivermectin, either prescribed or livestock formulations, should report to the Mississippi Poison Control Center at 1-800-222-1222.**

570 East Woodrow Wilson ● Post Office Box 1700 ● Jackson, MS 39215-1700
601-576-8090 ● 1-866-HLTHY4U ● www.HealthyMS.com

*Equal Opportunity in Employment/Services*

Exh. # 012



Additional Resources
- [FAQ: COVID-19 and Ivermectin Intended for Animals | FDA](#)
- [Why You Should Not Use Ivermectin to Treat or Prevent COVID-19 | FDA](#)

Regards,

Paul Byers, MD
State Epidemiologist

570 East Woodrow Wilson ● Post Office Box 1700 ● Jackson, MS 39215-1700
601-576-8090 ● 1-866-HLTHY4U ● www.HealthyMS.com
*Equal Opportunity in Employment/Services*

Exh. # 013



September 13, 2021

Dear Colleagues,

Although we are grateful that numbers of COVID-19 cases have started to decrease, significant transmission is still occurring in the community. As providers, we all want to do our part in appropriately treating and managing cases, but it is important that the treatment we give reflects established standards of care based on published guidelines & regulatory authorizations. In recent weeks, we have seen a surge in ivermectin prescribing in both in- and outpatient settings. While published data have shown variable methodologies, biases, and outcomes, the consensus of the AdventHealth Scientific Review Committee, CDC, FDA, NIH, and the Infectious Disease Society of America is that the **overall evidence does not support the use of ivermectin in treating COVID-19 patients.**

Additionally, dosages prescribed oftentimes exceeds by many-fold the standard dose of 200 µg/kg. In cases involving ambulatory patients, ivermectin is prescribed and yet providers are delaying or otherwise NOT referring these patients to receive monoclonal antibody therapy, the one therapy that is unequivocally demonstrated in randomized controlled trials to reduce risks of severe infections and hospitalization. While we recognize that medications are oftentimes prescribed off-label, the provider has an ethical duty to ensure that established standards of care must be followed and that benefits of therapy outweigh its risks for all cases, but especially so where maximum dosages are exceeded.

Based on the guidelines & data provided by both internal and external experts, **AdventHealth strongly discourages the use of ivermectin for the treatment of COVID-19.** We will continue to follow the guidelines and inform you if those change. If you have any questions or would like to discuss additional details, please do not hesitate to contact either of us.

**References**

Ivermectin | COVID-19 Treatment Guidelines (nih.gov)
HAN Archive - 00449 | Health Alert Network (HAN) (cdc.gov)
Physicians prescribing ivermectin for COVID-19 despite FDA warning (beckershospitalreview.com)
Why You Should Not Use Ivermectin to Treat or Prevent COVID-19 | FDA

Sincerely,

**Neil J. Finkler, MD, FACOG, ACS**
AdventHealth Central Florida Division
Chief Clinical Officer



PRESS RELEASES

# AMA, APhA, ASHP statement on ending use of ivermectin to treat COVID-19

Bookmark

  

SEP 1, 2021

WASHINGTON, DC – The American Medical Association (AMA), American Pharmacists Association (APhA), and American Society of Health-System Pharmacists (ASHP) strongly oppose the ordering, prescribing, or dispensing of ivermectin to prevent or treat COVID-19 outside of a clinical trial.

Ivermectin is approved by the U.S. Food and Drug Administration (FDA) for human use to treat infections caused by internal and external parasites. It is not approved to prevent or treat COVID-19. Ivermectin is also available to treat certain veterinary conditions; medications formulated or intended for use in animals should not be used by humans. We are alarmed by reports that outpatient prescribing for and dispensing of ivermectin have increased 24-fold since before the pandemic and increased exponentially over the past few months. As such, we are calling for an immediate end to the prescribing, dispensing, and use of ivermectin for the prevention and treatment of COVID-19 outside of a clinical trial. In addition, we are urging physicians, pharmacists, and other prescribers—trusted health care professionals in their communities—to warn patients against the use of ivermectin outside of FDA-approved indications and guidance, whether intended for use in humans or animals, as well as purchasing ivermectin from online stores. Veterinary forms of this medication are highly concentrated for large animals and pose a significant toxicity risk for humans.

The U.S. Centers for Disease Control and Prevention (CDC) and the FDA have issued advisories indicating that ivermectin is not authorized or approved for the prevention or treatment of COVID-19. The National Institutes of Health, World Health Organization, and Merck (the manufacturer of the drug) all state there is insufficient evidence to support the use of ivermectin to treat COVID-19. The Infectious Diseases Society of America Guidelines on the Treatment and Management of Patients with COVID-19 also recommend against the use of ivermectin outside of a clinical trial.

Use of ivermectin for the prevention and treatment of COVID-19 has been demonstrated to be harmful to patients. Calls to poison control centers due to ivermectin ingestion have increased five-fold from their pre-pandemic baseline. A recent CDC Health Alert Network Advisory (PDF) recommends that health care professionals should counsel patients against use of ivermectin as a treatment for COVID-19, including emphasizing the potentially toxic effects of this drug, including "nausea, vomiting, and diarrhea. Overdoses are associated with hypotension and neurologic effects such as decreased consciousness, confusion, hallucinations, seizures, coma, and death."

For more information, we encourage patients and health care providers to consult the FDA's Consumer Update on Why You Should Not Use Ivermectin to Treat or Prevent COVID-19 and the CDC Health Alert Network Advisory on the Rapid Increase in Ivermectin Prescriptions and Reports of Severe Illness Associated with Products Containing Ivermectin to Prevent or Treat COVID-19.

Patients are encouraged to talk to their physicians, pharmacists, and other prescribers about currently available therapies authorized or approved for the treatment or prevention of COVID-19. The most effective ways to limit the spread of COVID-19 are to get vaccinated, wear a face mask, stay at least six feet from others in public places, wash hands frequently, and avoid large crowds of people. Our organizations strongly urge eligible unvaccinated individuals to get vaccinated.

AMA COVID-19 Resource Center for Physicians

APhA COVID-19 Resource Center

ASHP COVID-19 Resource Center

**Membership Moves Medicine™**

- Free access to JAMA Network™ and CME
- Save hundreds on insurance
- Fight for physicians and patient rights

Join the AMA today

Exh. # 015



December 13, 2021

Humayun J. Chaudhry, DO, MS, FACP, FACOI
President and Chief Executive Officer
Federation of State Medical Boards
400 Fuller Wiser Road, Suite 300
Euless, TX 76309
hchaudhry@fsmb.org

Dear Dr. Chaudhry:

The purpose of this letter is to bring to the attention of the Federation of State Medical Boards information related to drug products containing ivermectin being offered for sale with claims that such products treat or prevent "Coronavirus Disease 2019" (COVID-19). Recently, FDA has received complaints about compounding pharmacies selling drug products containing ivermectin, claiming that they can treat or prevent COVID-19.

Ivermectin tablets are FDA-approved for humans at very specific doses to treat some parasitic worms, and there are FDA-approved topical (on the skin) formulations for head lice and skin conditions like rosacea. However, the FDA has neither authorized nor approved any ivermectin drug product for use in preventing or treating COVID-19.  Although clinical trials assessing ivermectin tablets for the prevention or treatment of COVID-19 in people are ongoing, currently available data do not show that ivermectin is safe or effective for the prevention or treatment of COVID-19.

Additionally, as the agency has previously explained, there are many side effects associated with ivermectin, including skin rash, nausea, vomiting, diarrhea, stomach pain, facial or limb swelling, neurologic adverse events (dizziness, seizures, confusion), sudden drop in blood pressure, severe skin rash potentially requiring hospitalization and liver injury (hepatitis).

Using ivermectin products in preventing or treating COVID-19 may pose risks to patient health or lead to delays in getting effective treatment of COVID-19.  Drug products that claim to treat or prevent COVID-19 but are not proven safe and effective for those purposes can place consumers at risk of serious harm.

We are also sending this letter to the National Association of Boards of Pharmacy to facilitate communication among associations with shared goals regarding these matters.



We look forward to continuing to work with you on matters related to drug compounding.  If you have questions, please contact the Office of Compounding Quality and Compliance at compounding@fda.hhs.gov.

Sincerely,


Shannon Glueck, PharmD
Acting Branch Chief
Branch 4
Division of Compounding II
Office of Compounding Quality and Compliance
Office of Compliance
Center for Drug Evaluation and Research



INTERNET ARCHIVE https://www.fda.gov/consumers/consumer-updates/why-you-should-not-use-ivermectin-treat-or-prevent-covid-19 Go

**WayBackMachine** 3,948 captures
5 Mar 2021 - 9 Feb 2023

FEB **MAR** APR
◄ **05** ►
2020 **2021** 2022 ▼ About this capture

An official website of the United States government Here's how you know ⌄

**FDA U.S. FOOD & DRUG**
ADMINISTRATION

🔍 Search    ≡ Menu

← Home / For Consumers / Consumer Updates / Why You Should Not Use Ivermectin to Treat or Prevent COVID-19

# Why You Should Not Use Ivermectin to Treat or Prevent COVID-19



Subscribe to Email Updates    f Share    🐦 Tweet    in Linkedin    ✉ Email    🖨 Print

**Consumer Updates**

Animal & Veterinary

Children's Health

Cosmetics

Dietary Supplements

Drugs

Food

Medical Devices

Nutrition

Radiation-Emitting Products

Tobacco Products

Vaccines, Blood & Biologics

Artículos en español



**Content current as of:**
03/05/2021

**Regulated Product(s)**
Animal & Veterinary Drugs

COVID-19. We've been living with it for what sometimes seems like forever. Given the number of deaths that have occurred from the disease, it's perhaps not surprising that some consumers are looking at unconventional treatments, not approved or authorized by the Food and Drug Administration (FDA).

Though this is understandable, please beware. The FDA's job is to carefully evaluate the scientific data on a drug to be sure that it is both safe and effective for a particular use, and then to decide whether or not to approve it. Using any treatment for COVID-19 that's not approved or authorized by the FDA, unless part of a clinical trial, can cause serious harm.

There seems to be a growing interest in a drug called ivermectin to treat humans with COVID-19. Ivermectin is often used in the U.S. to treat or prevent parasites in animals. The FDA has received multiple reports of patients who have required medical support and been hospitalized after self-medicating with ivermectin intended for horses.

## Here's What You Need to Know about Ivermectin

- FDA has not approved ivermectin for use in treating or preventing COVID-19 in humans. Ivermectin tablets are approved at very specific doses for some parasitic worms, and there are topical (on the skin) formulations for head lice and skin conditions like rosacea. Ivermectin is not an anti-viral (a drug for treating viruses).
- Taking large doses of this drug is dangerous and can cause serious harm.
- If you have a prescription for ivermectin for an FDA-approved use, get it from a legitimate source and take it exactly as prescribed.
- Never use medications intended for animals on yourself. Ivermectin preparations for animals are very different from those approved for humans.

Exh. # 018

https://www.fda.gov/consumers/consumer-updates/why-you-should-not-use-ivermectin-treat-or-prevent-covid-19

approved or authorized by the FDA, unless part of a clinical trial, can cause serious harm.

There seems to be a growing interest in a drug called ivermectin to treat humans with COVID-19. Ivermectin is often used in the U.S. to treat or prevent parasites in animals. The FDA has received multiple reports of patients who have required medical support and been hospitalized after self-medicating with ivermectin intended for horses.

## Here's What You Need to Know about Ivermectin

- FDA has not approved ivermectin for use in treating or preventing COVID-19 in humans. Ivermectin tablets are approved at very specific doses for some parasitic worms, and there are topical (on the skin) formulations for head lice and skin conditions like rosacea. Ivermectin is not an anti-viral (a drug for treating viruses).

- Taking large doses of this drug is dangerous and can cause serious harm.

- If you have a prescription for ivermectin for an FDA-approved use, get it from a legitimate source and take it exactly as prescribed.

- Never use medications intended for animals on yourself. Ivermectin preparations for animals are very different from those approved for humans.

## What is Ivermectin and How is it Used?

Ivermectin tablets are approved by the FDA to treat people with intestinal strongyloidiasis and onchocerciasis, two conditions caused by parasitic worms. In addition, some topical (on the skin) forms of ivermectin are approved to treat external parasites like head lice and for skin conditions such as rosacea.

Some forms of ivermectin are used in animals to prevent heartworm disease and certain internal and external parasites. It's important to note that these products are different from the ones for people, and safe when used as prescribed for animals, only.

## When Can Taking Ivermectin Be Unsafe?

The FDA has not reviewed data to support use of ivermectin in COVID-19 patients to treat or to prevent COVID-19; however, some initial research is underway. Taking a drug for an unapproved use can be very dangerous. This is true of ivermectin, too.

There's a lot of misinformation around, and you may have heard that it's okay to take large doses of ivermectin. That is wrong.

Even the levels of ivermectin for approved uses can interact with other medications, like blood-thinners. You can also overdose on ivermectin, which can cause nausea, vomiting, diarrhea, hypotension (low blood pressure), allergic reactions (itching and hives), dizziness, ataxia (problems with balance), seizures, coma and even death.

## Ivermectin Products for Animals Are Different from Ivermectin Products for People

For one thing, animal drugs are often highly concentrated because they are used for large animals like horses and cows, which can weigh a lot more than we do—a ton or more. Such high doses can be highly toxic in humans.

Moreover, FDA reviews drugs not just for safety and effectiveness of the active ingredients, but also for the inactive ingredients. Many inactive ingredients found in animal products aren't evaluated for use in people. Or they are included in much greater quantity than those used in people. In some cases, we don't know how those inactive ingredients will affect how ivermectin is absorbed in the human body.

Meanwhile, effective ways to limit the spread of COVID-19 continue to be to wear your

Exh. # 019

INTERNET ARCHIVE WayBackMachine    https://www.fda.gov/consumers/consumer-updates/why-you-should-not-use-ivermectin-treat-or-prevent-covid-19    Go    SEP OCT NOV    01    2020 2021 2022    About this capture    3,948 captures    5 Mar 2021 - 9 Feb 2023

livestock.

## Here's What You Need to Know about Ivermectin

- The FDA has not authorized or approved ivermectin for use in preventing or treating COVID-19 in humans or animals. Ivermectin is approved for human use to treat infections caused by some parasitic worms and head lice and skin conditions like rosacea.
- Currently available data do not show ivermectin is effective against COVID-19. Clinical trials assessing ivermectin tablets for the prevention or treatment of COVID-19 in people are ongoing.
- Taking large doses of ivermectin is dangerous.
- If your health care provider writes you an ivermectin prescription, fill it through a legitimate source such as a pharmacy, and take it *exactly* as prescribed.
- Never use medications intended for animals on yourself or other people. Animal ivermectin products are very different from those approved for humans. Use of animal ivermectin for the prevention or treatment of COVID-19 in humans is dangerous.

## What is Ivermectin and How is it Used?

Ivermectin tablets are approved by the FDA to treat people with intestinal strongyloidiasis and onchocerciasis, two conditions caused by parasitic worms. In addition, some topical forms of ivermectin are approved to treat external parasites like head lice and for skin conditions such as rosacea.

Some forms of animal ivermectin are approved to prevent heartworm disease and treat certain internal and external parasites. It's important to note that these products are different from the ones for people, and safe only when used in animals as prescribed.

## When Can Taking Ivermectin Be Unsafe?

The FDA has not authorized or approved ivermectin for the treatment or prevention of COVID-19 in people or animals. Ivermectin has not been shown to be safe or effective for these indications.

There's a lot of misinformation around, and you may have heard that it's okay to take large doses of ivermectin. It is not okay.

Even the levels of ivermectin for approved human uses can interact with other medications, like blood-thinners. You can also overdose on ivermectin, which can cause nausea, vomiting, diarrhea, hypotension (low blood pressure), allergic reactions (itching and hives), dizziness, ataxia (problems with balance), seizures, coma and even death.

## Ivermectin Products for Animals Are Different from Ivermectin Products for People

For one thing, animal drugs are often highly concentrated because they are used for large animals like horses and cows, which weigh a lot more than we do—a ton or more. Such high doses can be highly toxic in humans. Moreover, the FDA reviews drugs not just for safety and effectiveness of the active ingredients, but also for the inactive ingredients. Many inactive ingredients found in products for animals aren't evaluated for use in people. Or they are included in much greater quantity than those used in people. In some cases, we don't know how those inactive ingredients will affect how ivermectin is absorbed in the human body.

Exh. # 020

## Options for Preventing and Treating COVID-19