No. 22-40802
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**
_____

Robert L. Apter, Medical Doctor, FACEP; Mary Talley Bowden, Medical Doctor; Paul E. Marik, MD, M.MED, FCCM, FCCP,

Plaintiffs-Appellants,

v.

Department of Health & Human Services; Xavier Becerra, in his official capacity as Secretary of Health and Human Services; Food & Drug Administration; Robert M. Califf, in his official capacity as Commissioner of Food and Drugs,
Defendants-Appellees.
_____

On Appeal from the U.S. District Court
for the Southern District of Texas
_____

**CONSENT MOTION
OF FRONT LINE COVID-19 CRITICAL CARE ALLIANCE
FOR LEAVE TO FILE AS A NON-PARTY *AMICUS CURIAE*
IN SUPPORT OF REVERSAL**
_____

> Alan Dumoff, JD, MSW
> Law Office of Alan Dumoff
> 30 Windbrooke Cir
> Gaithersburg, MD 20879
> 301-987-0970 (no texts)
> (f) 301-987-0971
> alandlmc@aol.com
> *Counsel for Amicus*

Pursuant to USCS Fed. R. App. Proc. 29 and 5th Cir. R. 29.4, and with the consent of the parties, the Front Line COVID-19 Critical Care Alliance (FLCCC), represented by attorney Alan Dumoff, hereby moves this Court for permission to file a nonparty brief as *amicus curiae* along with supporting exhibits in the above-captioned matter.

FLCCC is a 501(c)(3) organization funded entirely by voluntary donations from individuals and charitable organizations that was founded by highly published thought leaders in critical care dedicated to helping prevent and treat COVID. With a membership of approximately 4,700 physicians, pharmacists, nurse practitioners and scientists, it continually develops consensus-based standards supported by global academic physicians and researchers.

FLCCC has done extensive research and published meta-studies on the use of ivermectin in the treatment of COVID. FLCCC has been centrally involved in the debate over ivermectin and aware of the direct consequences of the Food and Drug Administration ("FDA") campaign (hereinafter "Campaign") against it. The organization believes it important for the Court to be more fully informed about the extensive efforts made by the FDA to restrict physician prescribing of ivermectin and the manner in which courts, a state attorney general, insurance companies, medical boards, and other actors have understood and used the FDA Campaign complained of by Appellants to not only inhibit but take adverse actions

against physicians for prescribing ivermectin for COVID-19 based upon the widely understood FDA pronouncement against the practice.

FLCCC believes the District Court made profound errors in understanding the statutory restrictions on FDA disallowing it to act as a standard setting agency for medical practice. This case could set substantial precedent regarding the reach of the federal government and the FDA into the state-regulated practice of medicine and of state sovereignty in response to public health emergencies

*Regarding Your Proposed Amicus*

FLCCC has testified before Congress and state legislatures, submitted an amicus before the Wisconsin Supreme Court on a pending appeal from *Gahl v. Aurora Health Care, Inc.*, 403 Wis. 2d 539 (Wis. Ct. App. 2022) and played a role in numerous legal cases in which governmental authorities and medical insurers have directly cited the FDA Campaign as a finding that physicians should not prescribe ivermectin for COVID-19. Much of the controversy has arisen in part because FLCCC publishes guidelines that include the use of ivermectin[1] and is thus directly involved in and aware of the impacts of the FDA Campaign as part of its organizational mission.

FLCCC writes to inform the court of the pervasive use by state authorities

---

[1] The FLCCC publishes an on-line protocol for the treatment of COVID patients, which includes the use of ivermectin at https://covid19criticalcare.com/treatment-protocols/

and others of the FDA Campaign to aggressively deter such prescribing as well as to support the legal basis for granting the Appellants request for reversal. The FLCCC has a strong interest in ensuring patient access to reasonable therapies recommended by their physicians without interference by a governmental agency, particularly under these circumstance as the FDA is not authorized to interfere with the practice of medicine, did not follow its own statutes for warning of adverse reactions and has never studied this indicated use.

Proposed amicus[2] therefore respectfully request that the Court grant this motion and give leave to file that attached nonparty amicus curiae brief and supporting exhibits in this matter.

Dated this 13th day of February, 2023      /s/ Alan Dumoff
                                                                                      Alan Dumoff, JD, MSW
                                                                                      Law Office of Alan Dumoff
                                                                                      30 Windbrooke Cir
                                                                                      Gaithersburg, MD 20879
                                                                                      301-987-0970

---

[2] Co-plaintiff Paul Marik, MD is a co-founder of FLCCC. Dr. Marik has been rigorously excluded from all aspects of this filing and had no participation in the FLCCC decision to file this amicus brief and did not discuss, review, participate in, financially support or otherwise involve himself in this filing. FLCCC represents its own, independent organizational interest in informing the Court, based upon its organizational knowledge about the impacts of the FDA Campaign on its members and physicians and patients generally.

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

| | |
|---|---|
| February 13, 2023 | /s/ Alan Dumoff |
| | Alan Dumoff, JD, MSW |
| | Law Office of Alan Dumoff |
| | 30 Windbrooke Cir |
| | Gaithersburg, MD 20879 |
| | 301-987-0970 |