# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 14, 2023

Mr. Alan Dumoff
Law Office of Alan Dumoff
30 Windbrooke Circle
Gaithersburg, MD 20879

    No. 22-40802   Apter v. Dept of Health & Human Svc
                       USDC No. 3:22-CV-184

Dear Mr. Dumoff,

We received your motion to file an amicus brief. The motion is unnecessary as both parties consent to the filing, therefore, we are taking no action on this motion.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   */s/ Christina Rachal*
                                   By: _____
                                   Christina C. Rachal, Deputy Clerk
                                   504-310-7651

cc:
     Mrs. Ashley Cheung Honold
     Mr. Jared Kelson
     Mr. R. Trent McCotter
     Mr. Oliver McDonald
     Mr. Daniel Bentele Hahs Tenny