# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 15, 2023

Mr. David Anthony Dalia
830 Union Street
Suite 302
New Orleans, LA 70112

    No. 22-40802   Apter v. Dept of Health & Human Svc
                        USDC No. 3:22-CV-184

Dear Mr. Dalia,

We received your motion to file an amicus brief. However, because both parties consent to the filing, a motion is unnecessary. Therefore, we are taking no action on this motion. An amicus brief in support of the Appellants can be filed on the docket as of 2/15/2022 and still remain timely.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        *Christina Rachal*
                                        By: _____
                                        Christina C. Rachal, Deputy Clerk
                                        504-310-7651

cc:
    Mr. Alan Dumoff
    Mrs. Ashley Cheung Honold
    Mr. Jared Kelson
    Mr. R. Trent McCotter
    Mr. Oliver McDonald
    Mr. Andrew Layton Schlafly
    Mr. Daniel Bentele Hahs Tenny