# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 15, 2023

Mr. David Anthony Dalia
830 Union Street
Suite 302
New Orleans, LA 70112

    No. 22-40802   Apter v. Dept of Health & Human Svc
                    USDC No. 3:22-CV-184

Dear Mr. Dalia,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see **Fed. R. App. P.** 12(b) and **5th Cir. R.** 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

The brief must also include the consent statement that was included in the unfiled motion which stated all parties consent to the filing of the brief.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Christina Rachal*
Christina C. Rachal, Deputy Clerk
504-310-7651

cc:
　Mr. Alan Dumoff
　Mrs. Ashley Cheung Honold
　Mr. Jared Kelson
　Mr. R. Trent McCotter
　Mr. Oliver McDonald
　Mr. Andrew Layton Schlafly
　Mr. Daniel Bentele Hahs Tenny