## *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
NEW ORLEANS, LA 70130

April 07, 2023

No. 22-40802   Apter v. Dept of Health & Human Svc
              USDC No. 3:22-CV-184

Dear Counsel,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

**We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". The covers of your documents must be the following colors: Appellant brief must be blue. Appellee brief must be red. Appellant reply brief must be gray. Record excerpts must be white. Amicus brief must be green.

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

**DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    P. Trice, Deputy Clerk
                                    504-310-7633

   Mr. David Anthony Dalia
   Mr. Alan Dumoff
   Mrs. Ashley Cheung Honold
   Mr. Jared Kelson
   Mr. R. Trent McCotter
   Mr. Oliver McDonald
   Mr. Andrew Layton Schlafly
   Mr. Daniel Bentele Hahs Tenny