# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 1, 2023
Lyle W. Cayce
Clerk

No. 22-40802

Robert L. Apter, Mary Talley Bowden, and Paul E. Marik,

*Plaintiffs—Appellants,*

*versus*

Department of Health & Human Services; Xavier Becerra, *in his official capacity as Secretary of Health and Human Services*; Food & Drug Administration; Robert M. Califf, *in his official capacity as Commissioner of Food and Drugs*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:22-CV-184

---

Before Clement, Elrod, and Willett, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the

No. 22-40802

District Court for further proceedings in accordance with the opinion of this Court.

    IT IS FURTHER ORDERED that each party bear its own costs on appeal.